GENEVIVE MCGILL LIEBROCK v.
SELECTED RISKS INSURANCE COMPANY.

September 12, 1977. Petition for certification denied.

JAMES C. LITTLE v. SEALAND SERVICES.

September 12, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. ELIGAH BRITTO.

September 12, 1977. Petition for certification denied.

LIQUID CARBONIC CORPORATION v.
CITY OF NEW YORK.

September 12, 1977. Petition for certification denied. (See 150 N. J. Super. 119)

BARBARA RAINEAR v. GARY BROWN, M.D.

September 12, 1977. Petition for certification denied.

JOSEPH C. MESSINA v. ELKS BUILDING CORPORATION.

September 12, 1977. Petition for certification granted.